|   |   |
|---|---|
| 1 | SEAN P. FLYNN (SBN: 15408) |
|   | TOMIKO A. ORTIZ (SBN: 16599) |
| 2 | **GORDON REES SCULLY MANSUKHANI** |
|   | 1 East Liberty Street, Suite 424 |
| 3 | Reno, NV 89501 |
|   | Telephone: (775) 467-2610 |
| 4 | Email: sflynn@grsm.com |
|   | tortiz@grsm.com |

Attorneys for Defendant,
*ACCOUNT RECOVERY SOLUTIONS, LLC DBA ASSOCIATION RECOVERY SERVICES*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| AARON DEAN, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-00041-MMD-MDC |
|---|---|
| Plaintiff, | **PROPOSED ORDER REGARDING JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |
| vs. |   |
| ACCOUNT RECOVERY SOLUTIONS, LLC DBA ASSOCIATION RECOVERY SERVICES, |   |
| Defendant. | Complaint Filed: January 30, 2024 |

Having read and considered the Parties Stipulation for Extension of Time to Extend Deadline to Respond to Complaint, and there appearing to be Good Cause for same, the stipulation is Accepted.

Defendant ACCOUNT RECOVERY SOLUTIONS, LLC DBA ASSOCIATION RECOVERY SERVICES shall have up to and including April 1, 2024 to respond to the complaint.

**IT IS SO ORDERED. The parties must use the correct case number on all future filings.**

Dated: 3/7/24

_____
United States Magistrate Judge

-1-
PROPOSED ORDER REGARDING JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT