Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Aaron Dean*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AARON DEAN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ACCOUNT RECOVERY SOLUTIONS, LLC, D.B.A. ASSOCIATION RECOVERY SERVICES,

Defendant.

Case No.: 2:24-cv-00041-MMD-MDC

**ORDER GRANTING STIPULATION OF DISMISSAL**

///

///

///

- 1 -
STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron Dean ("Plaintiff") and Defendant Account Recovery Solutions, LLC, D.B.A. Association Recovery Services ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant *with prejudice* and the putative class's claims *without prejudice*. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 7th day of January 2025.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Sean P. Flynn*
Sean P. Flynn, Esq.
Tomiko A. Ortiz, Esq.
1 East Liberty Street, Suite 424
Reno, NV 89501
*Attorneys for Defendant*
*Account Recovery Solutions, LLC,*
*D.B.A. Association Recovery Services*

IT IS SO ORDERED.

DATED this 7th day of January 2025.

UNITED STATES DISTRICT JUDGE

Dated: _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 7, 2025, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*